**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| In re | | |
| | ) | Case No. 326-32948-THP13 |
| HAYLIEHE A ALLENBAUGH-BELL | ) | |
| | ) | Confirmation hearing date: Oct 15, 2026 |
| | ) | |
| | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **CONFIRMATION AND MOTION** |
| Debtor(s). | ) | **TO DISMISS** |

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____a. Plan is not feasible:

_____b. Case/Plan is not proposed in good faith or is forbidden by law:

_____c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

_____e. Filing/documentation is deficient:

_X___f. Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**

1. **¶4(c) strike "313" and replace with "0" as it pertains to the expenses;**
2. **¶5 in regards to the cure provisions, please specify who is to make the payment and at what interest rate; and**
3. **The Debtor's monthly net income as indicated on Schedule J is negative $814.70, the Debtor's monthly Plan payment is $250.00. The Debtor does not appear to have sufficient excess income to meet her obligations under the Plan.**

If by the time of the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, or is not prepared to address the Trustee's objections with the filing of an amended plan as directed by the court during that scheduled confirmation hearing, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on September 23, 2026, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: September 23, 2026

/s/ Wayne Godare, Trustee

CHRISTOPHER KANE
(mk)