UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Hayliehe Aria Allenbaugh-Bell**<br><br>Debtor | Case No. 26-32948-thp13<br>☐ Amended<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM DEBTOR'S AUTOMATIC STAY IN A CHAPTER 7/13 CASE, AND/OR CODEBTOR'S STAY IN A CHAPTER 13 CASE** |

The attached objection, filed by completing the "objection" portions of the original motion, filed for the respondent, Hayliehe Aria Allenbaugh-Bell, who is the (for example, debtor, codebtor, or trustee) debtor, is in response to the motion for relief from stay filed on behalf of movant Hayliehe Aria Allenbaugh-Bellr.

The name and service address of the respondent's attorney (or respondent, if no attorney) are:

**Christopher J Kane, 2207 NE Broadway Street, Portland OR 97232**

(If debtor is respondent) The debtor's address and Taxpayer ID#(s) (last 4 digits) are:

**19055 NW ROCK CREEK BLVD #D, PORTLAND, OR 97229**
**9801**

**NOTICE IS GIVEN that:**

A telephone hearing on the motion, at which witnesses may not testify, will be held as follows:

**Date**: 10/06/2026
**Time:** 1:30 pm
**Call In Number:** (855) 244-8681
**Access Code:** 2316 376 3280

If you have problems connecting, call the court at (503) 326-1500 or (541) 431-4000.

**TELEPHONE HEARING REQUIREMENTS**

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the “speaker” option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

**/s/Christopher J Kane**
Signature

I certify that: (1) the objection was prepared on a copy of the original motion; (2) if the objection was electronically filed, it was prepared using the fillable PDF version of the motion unless the motion was filed on paper and could not be otherwise electronically obtained from the movant; and (3) that on **09/28/2026** this notice and the objection were served on the movant’s attorney (or movant, if no attorney) at the address shown in the notice of motion.

**/s/Christopher J Kane**
Signature

**Attorney for Respondent**
Relation to Respondent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Hayliehe Aria Allenbaugh-Bell**<br><br>Debtor | Case No. **26-32948-thp13**<br>☐ Amended<br><br>**[*Check all applicable boxes*]**<br>**CHAPTER 7/13 MOTION FOR RELIEF FROM**<br>☒ **Debtor** ☐ **Chapter 13 Codebtor Stay**<br>**Filed by Movant:**<br>**Rent Pro PDX Property Management**<br>**Objection to Stay Motion filed by Respondent:**<br>**Hayliehe Aria Allenbaugh-Bell** |

*Instructions to movant: You must file this motion with a notice of motion on Local Bankruptcy Form (LBF) 720. See LBF 720.50, Procedures re: Motions for Relief from Stay, for more information.*

1. **Debt, Default, Other Encumbrances, Description and Value of Collateral** [*To be completed by movant*]

   a. Description of collateral [*e.g., car model, year, and VIN, or property address*]:
   **Residential rental property, 19055 NW ROCK CREEK BLVD #D, PORTLAND, OR 97229**

   b. Amount of debt: $ **12,373.00**, consisting of principal of $ **12,373.00**, interest of $ **0**, and other:
   **See attached exhibit.**

   c. Description, amount, and priority of other encumbrances on collateral. If not known, include applicable information from debtor's schedules if available on PACER:
   **None**

   Total debt secured by collateral [*1.b. + 1.c.*]: $ **na**.

   d. Value of collateral: $ **na**.
   Equity in collateral: $ **na**, after deducting $ **na** of liquidation costs.

   e. Current monthly payment: $ **1,695**.

   f. If Chapter 13:

   (1) $ **1,770.00** postpetition default consisting of [*e.g., $ _____ payments, $ _____ late charges, $ _____ fees*]:
   **$1695.00 September 2026 Rent, $75.00 September 2026 Late Charge.**

(2) $ 12,373.00 ________ prepetition default consisting of ☐ amounts specified in proof of claim, or, ☒ consisting of:

**$12,373.00 in prepetition rent and late charges per attached ledger.**

g. If Chapter 7, total amount of default: $____________.

**OBJECTION** [*Identify specific items disputed and specify what you contend are the pertinent facts, including why there is a postpetition default, if applicable; to be completed by respondent*]:

**This item is not disputed. Debtor is in default because of medical issues and reduced income.**

2. **Relief from Stay Should be Granted Because:** [*Check all that apply; to be completed by movant*]:

☐ Lack of insurance on collateral.

☒ No equity in the collateral and the property is not necessary for an effective reorganization.

☒ Failure of debtor to make Chapter 13 plan payments to the trustee.

☒ Failure of debtor to make direct payments required by Chapter 13 plan.

☒ Other [*describe*]:

**Post-petition rent not paid, prepetition rent not scheduled, lease to be assumed but cure not feasable, no plan filed within time required by FRBP 3015**

**OBJECTION** [*Specify why relief from stay should be denied. If respondent proposes to cure a postpetition default, detail the cure by attaching a proposed order using LBF 720.90 available at https://www.orb.uscourts.gov under Forms/Local Forms; to be completed by respondent*]:

**Relief should be denied because the September and October rent payments will be made by the end of October. The feasibility issue will be resolved when the plan is amended.**

3. **Background** *[To be completed by movant)*

a. Date petition filed: 08/25/2026 ____ Current Chapter: 13 ___ (7 or 13)

If 13, current plan date ____________ Confirmed: ☐ Yes ☒ No

If 13, treatment of movant's prepetition claim(s) in plan:

**No plan filed despite time limitations in FRBP 3015. Schedules specify that lease is to be assumed.**

If 7, debtor ☐ has ☐ has not stated on Official Form B 108 that debtor intends to surrender the collateral.

b. Movant has a lien on the collateral by virtue of [*check all applicable sections, see also paragraph 6 below*]:

☐ Security agreement, trust deed, or land sale contract dated _________ and any assignment of that interest to movant. The security interest was perfected as required by applicable law on ___________.

☐ Retail installment contract dated __________ and any assignment of that interest to movant. The security interest was perfected on the certificate of title on __________.

☒ Other [*describe*]:

**Real property rental agreement**

**OBJECTION** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

**The plan was filed and served**

4. **Request for Relief from Codebtor Stay** [*Chapter 13 only*]

   a. ______________________________, whose address is _____________________________________ ______________________________, is a codebtor on the obligation described above, but is not a debtor in this bankruptcy.

   b. Movant should be granted relief from the codebtor stay because [*check all that apply*]: ☐ codebtor received the consideration for the claim held by movant ☐ debtor's plan does not propose to pay movant's claim in full ☐ movant's interest would be irreparably harmed by continuation of the codebtor stay as a result of the default(s) described above ☐ because:

***OBJECTION*** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

5. **Other Pertinent Information** [*To be completed by movant, if applicable*]:

***OBJECTION*** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

NA

6. **Relief Requested** [*Check all applicable sections*; *to be completed by movant*]:

☒ Movant requests relief from the automatic stay to allow it to foreclose its lien on the collateral and to take any necessary action to obtain possession of the collateral.

☐ Movant has a security interest in real property and requests relief from stay of an act against the collateral and that the relief be binding in any other bankruptcy case purporting to affect the collateral filed not later than 2 years after the date of the entry of an order granting this motion. [*If you check this box, you must complete paragraph 5 above to support this request. If you do not do so, the Court will not grant relief binding in any other bankruptcy case.*]

☒ Movant requests that the 14-day stay provided by FRBP 4001(a)(4) be waived based on the following cause:

**Multiple FED cases against defendant.**

☐ Other [*describe and explain cause*]:

**OBJECTION** [*Identify any disputed items and specify the pertinent facts. If respondent agrees to some relief, attach a proposed order using LBF 720.90 available at https://www.orb.uscourts.gov under Forms/Local Forms; to be completed by respondent*]:

**This is not a valid reason to waive the 14-day stay**

7. **Documents**:

**If movant claims to be secured in paragraph 3.b. above,** movant has attached to and filed with this motion a copy of the documents creating and perfecting the security interest, if not previously attached to a proof of claim.

**If this case is a chapter 13 case and the collateral is real property**, movant has attached to and filed with this motion a postpetition payment history current to a date not more than 30 days before this motion is filed, showing for each payment the amount due, the date the payment was received, the amount of the payment, and how movant applied the payment.

**RESPONDENT requests movant provide** respondent with the following document(s), if any are marked below, which are pertinent to this objection:

- ☐ Postpetition payment history, if not required above.
- ☐ Documents establishing that movant owns the debt described in paragraph 1 or is otherwise a proper party to bring this motion.
- ☐ Other document(s) [*describe*]:

Movant/Attorney

Signature: **/s/ Marcel Gesmundo**
Name: **Marcel Gesmundo**
Address: **Andor Law, PO Box 8441 Portland OR**
Email: **marcel.gesmundo@andor-law.com**
Phone #: **971-380-5600**
OSB#: **113961**

Respondent /Attorney

(By signing, the respondent also certifies that the respondent has not altered the information completed by movant.)

Signature: **/s/Christopher J Kane**
Name: **Christopher J Kane**
Address: **2207 NE Broadway Street**
**Portland OR 97232**
Email: **chris@ckanelaw.com**
Phone #: **503-380-7822**
OSB#: **950863**

*You are hereby notified that the creditor is attempting to collect a debt and any information obtained will be used for that purpose.*